IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| JOHNNY LEE BROWN, | ) | |
| Plaintiff, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:14cv899-MHT |
| | ) | (WO) |
| WARDEN CROW, et al., | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiff, a state inmate, filed this lawsuit challenging his conditions of confinement at Draper Correctional Facility and conditions while working on the farm squad. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for summary judgment should be granted. There are no objections to the recommendation. After an independent and de novo review of the record, and because plaintiff failed to respond to either the motion for summary judgment or the recommendation, the court concludes that the magistrate judge's

recommendation should be adopted.

An appropriate judgment will be entered.

DONE, this the 30th day of June, 2017.

                                        /s/ Myron H. Thompson
                                    **UNITED STATES DISTRICT JUDGE**